FILED
CHARLOTTE, NC
APR 18 2022
US DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 5:21-cv-00085-KDB-CK

FILED
CHARLOTTE, NC
APR 18 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| DESIREE LINDSAY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | **CERTIFICATION** |
| v. ) | **OF ADR SESSION** |
| ) | |
| LOWE'S COMPANIES, INC. and ) | |
| LOWE'S HOME CENTERS, LLC ) | |
| ) | |
| Defendant(s). ) | |

This certificate is submitted to the Court by the undersigned mediator and served upon all parties upon completion of the ADR process. The mediator certifies as follows:

1. The above named parties engaged in alternative dispute resolution on December 8, 2021. The session was recessed and completed when the parties executed a Settlement Agreement and Release on or about January 18, 2022.

2. The ADR method chosen was a mediation session.

3. The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    X  All individual parties and their counsel.
    X  Designated corporate and organizational representatives.
    ____  Required claims professionals.
    ____  Other (Describe).

4. The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

    Not Applicable.

5. The outcome of the ADR session was:

    __X__  The case has been completely settled. The parties executed a Settlement Agreement and Release on or about January 18, 2022.

FILED
CHARLOTTE, NC
APR 18 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

_____ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The stipulation shall also contain a brief summary of the issues which remain for the Court to resolve.

_____ The parties reached an impasse. The parties did not reach resolution in an initial mediation conference. The mediator is available to continue negotiations in a subsequent mediation at the parties' option.

6. The mediator hereby certifies that the above is a true and accurate statement of the result of the ADR process.

This 12th of April, 2022.

*A L Cox Gruendel*

Mediator

Amy L. Cox Gruendel
Resolution Mediation Services, LLC
1818 Kings Manor Court
Matthews, NC 28105